■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MATEO, Appellant. [619 NYS2d 952] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Curci, J.), rendered February 23, 1993, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the seventh degree, and criminal facilitation in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE MOISE, Appellant. [619 NYS2d 947] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Demarest, J.), imposed January 14, 1994.

Ordered that the sentence is affirmed.

Having pleaded guilty with the understanding that he would receive the sentence actually imposed, the defendant has no basis to now complain that his sentence was unduly harsh or excessive (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Rosenblatt, Miller, Copertino and Krausman, JJ., concur.